UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derrick Lamont Taylor**             **Docket No. 5:15-CR-177-1H**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Lamont Taylor, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 11, 2016, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Derrick Lamont Taylor was released from custody on June 3, 2019, at which time the term of supervised release commenced.

On June 22, 2020, the defendant tested positive for marijuana. The defendant was verbally reprimanded for his behavior and referred for substance abuse treatment and random drug screening. June 29, 2020, the court agreed to continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has completed a sex offender assessment with our local treatment provider. The treatment provider reported to the probation officer that the defendant would benefit from polygraph testing examinations in conjunction with sex offender treatment. The defendant agreed to polygraph testing and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith <br> Eddie J. Smith <br> Supervising U.S. Probation Officer | /s/ Michael Torres <br> Michael Torres <br> U.S. Probation Officer <br> 150 Rowan Street Suite 110 <br> Fayetteville, NC 28301 <br> Phone: 910-354-2534 <br> Executed On: July 15, 2020 |

**Derrick Lamont Taylor**
**Docket No. 5:15-CR-177-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __21st__ day of ____July____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge