UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derrick Lamont Taylor**               **Docket No. 5:15-CR-177-1H**

**Petition for Action on Supervised Release**

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Lamont Taylor, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 11, 2016, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Derrick Lamont Taylor was released from custody on June 3, 2019, at which time the term of supervised release commenced.

On June 22, 2020, the defendant tested positive for marijuana. The defendant was verbally reprimanded for his behavior and referred for substance abuse treatment and random drug screening. On June 29, 2020, the court agreed to continue the defendant on supervision.

On July 21, 2020, the court added the condition of polygraph testing to monitor defendant's compliance while on supervision. The defendant signed a waiver agreeing to the purposed modification of his supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It was originally ordered that the defendant be subject to the DROPS program as a condition of supervision. Due to the lack of available nearby facilities for the defendant to complete this sanction, and his lack of reliable transportation, it poses an undue burden on the defendant. Therefore, it is respectfully requested that the DROPS sanction be stricken from the conditions of supervision.

On August 12, 2020, the defendant submitted a drug screen that tested positive for marijuana. When confronted with the information, the defendant admitted to using marijuana. The defendant has been verbally reprimanded for his behavior. This officer will increase the defendant's contact with his treatment provider as a result of his drug use. To his credit, he has consistently attended his required treatment appointments. At this time, we are asking that the defendant be continued under supervision, with no modification to the conditions of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The DROPS Sanction is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

**Derrick Lamont Taylor**
**Docket No. 5:15-CR-177-1H**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: August 20, 2020

### ORDER OF THE COURT

Considered and ordered this __21st__ day of __August__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge